

# M E M O R A N D U M

### DISTRICT OF NEW JERSEY

**To:** Honorable William H. Walls
United States District Judge

**From:** Michele Roman, USPSO

**Re:** Leonte Tibulcio-Liranzo 04cr00405-1

**Date:** January 8, 2009

The defendant was sentenced by Your Honor on November 18, 2008 to twelve months and one day in the Bureau of Prison and ordered to surrender on January 11, 2009.

On January 8, 2009 Pretrial Services received a telephone call from FMC Devens requesting that the defendant surrender on January 12, 2009 due to a lack of available medical personnel on January 11, 2009.

Pretrial Services contacted Your Honor on January 8, 2009 and advised of the aforementioned. Per your request, this memorandum shall memorialize Your Honor's verbal consent to reschedule the defendant's surrender until January 12, 2009)

So Ordered: _____          _____
Honorable William H. Walls                                             Date
United States District Judge